John J. Talton, Chapter 13 Trustee        Check No. 824140

Pay to: CLERK  Clerk of the Court
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20623 | 006-0 | YOLANDA LATRICE STANTON | xxxxxxxxxxxxxxxxANDA | 0.00 | 910.95 | 0.00 | 910.95 |
| | | Original Check written to:<br>JUSTIN GLENN<br>RT 6., BOX 655<br>MT. PLEASANT, TX 75455 | | | | | |
| 05-61239 | 998-0 | HELEN N MACKEY | | 0.00 | 2.50 | 0.00 | 2.50 |
| | | Original Check written to:<br>HELEN N MACKEY<br>11210 LAKEVIEW MOBIL RD<br>FRANKSTON, TX 75763 | | | | | |
| 05-62625 | 010-0 | CARNELL LETHON GOSSETT | xxxxxxxxxxxxxxx0001 | 2,564.38 | 66.72 | 0.00 | 66.72 |
| | | Original Check written to:<br>TRIAD FINANCIAL CORP<br>DEPT CH 10104<br>PALATINE, IL 60005-0104 | | | | | |
| 05-62824 | 999-0 | RAYMOND KIRK ROBINSON | | 0.00 | 1,212.00 | 0.00 | 1,212.00 |
| | | Original Check written to:<br>RAYMOND KIRK ROBINSON<br>656 CR 3120<br>QUITMAN, TX 75783 | | | | | |
| 05-68053 | 014-0 | ISSAC WILLIE GOSSETT JR. | xxxxxxx3529 | 55.87 | 34.13 | 0.00 | 34.13 |
| | | Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX 75702 | | | | | |
| 06-60547 | 010-0 | ROGER D. NORRIS, JR. | xxx8313 | 917.31 | 0.00 | 8.96 | 8.96 |
| | | Original Check written to:<br>CAYUGA ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | | | | | |
| 08-60697 | 072-0 | JERRY LYNN GONZALES | | 1,882.61 | 17.39 | 0.00 | 17.39 |
| | | Original Check written to:<br>WALTER MORTGAGE COMPANY<br>P O BOX 31601<br>TAMPA, FL 33631- | | | | | |